IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40931
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GUILLERMO CAMPOS-CASTERJON,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-02-CR-20-1
--------------------
February 20, 2003
Before WIENER, EMILIO M. GARZA, and, CLEMENT, Circuit Judges.

PER CURIAM:[*]

     Counsel appointed to represent Guillermo Campos-Casterjon
has requested leave to withdraw as counsel and has filed a brief
as required by Anders v. California, 386 U.S. 738 (1967).  Our
independent review of the brief, record, and Campos's response
discloses no nonfrivolous issue.  Accordingly, the motion for
leave to withdraw is GRANTED, counsel is excused from further
responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH
CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.